**COVINGTON**

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

**Mark Gimbel**

Covington & Burling LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
T +1 212 841 1161
mgimbel@cov.com

January 15, 2015

*By ECF*

Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street, Room 1610
New York, NY 10007-1312

> Re:  *Calderon-Cardona et al v. J.P. Morgan Chase Bank, N.A.*, No. 11 CV 3283 (DLC) and related judgment enforcement actions filed under Docket Nos. 11 CV 3288, 3284, 3285, 3286, 3289, 3290, 3291 and 3292

Dear Judge Cote:

This firm represents Deutsche Bank Trust Company Americas ("DBTCA"), one of the respondent garnishee banks in the judgment enforcement proceedings referenced above.

These actions are currently stayed pending the Supreme Court's resolution of petitions for certiorari seeking review of the Second Circuit's decisions in this case and in the *Hausler* action. *See Calderon-Cardona v. Bank of New York Mellon*, 770 F. 3d 993 (2d Cir. 2014); *Hausler v. JP Morgan Chase Bank, N.A.*, 770 F.3d 207 (2d Cir. 2014). By order dated October 1, 2015 (ECF Doc. No. 50), the Court directed the parties to submit a status letter on January 15, 2016.

In accordance with the Court's order, we respectfully submit this letter, on behalf of Petitioners and Respondents DBTCA, Citibank, N.A., UBS AG, Bank of China, New York Branch, HSBC Bank USA, N.A., Standard Chartered Bank, JPMorgan Chase Bank, N.A., and The Bank of New York Mellon (collectively, the "Respondent Banks"), to provide an update on the status of this matter. On July 24, 2015, the Petitioners in this action and the Petitioners in the *Hausler* action each filed petitions for certiorari with the Supreme Court. On October 19, 2015, the Supreme Court requested that the Respondent Banks file a response to the petition for certiorari in this action. The Respondent Banks filed an opposition to the petition for certiorari

**COVINGTON**

Honorable Denise Cote
January 15, 2016
Page 2

in this action on December 16, 2015. On December 28, 2015, the Petitioners in this action filed a reply brief in further support of the petition for certiorari. According to the Supreme Court docket, both the petition in this action and the petition in the *Hausler* action have been distributed to the Supreme Court for consideration at a conference on January 15, 2016.

The parties respectfully request that the Court continue the stay until such time as the Supreme Court has decided whether to grant certiorari in this action and the *Hausler* action.

Respectfully,

Mark P. Gimbel

cc:   all counsel of record (by ECF)